IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 07-801 |
| MICHELLE LOPER, | : |
| Defendant | : |

PRAECIPE FOR VOLUNTARY DISMISSAL

TO THE CLERK
United States District Court
District of Delaware

Please enter dismissal without prejudice pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure in the above-captioned case.

COLM F. CONNOLLY
United States Attorney

/s/ Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

Date: February 21, 2008